AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fitzwater, Sidney A. | U.S. District Court, Northern District of Texas | 04/17/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
1100 Commerce St., Room 1528
Dallas, Texas 75242-1035

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/17/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | ▢ - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Newseum and CUA Columbus School of Law | March 18-19, 2016 | Washington, D.C. | Judge moot court competition | Airfare, hotel, transportation, and food |
| 2. | Duke University School of Law | October 6-7, 2016 | San Diego, California | Speak at Class-Action Settlement Conference | Airfare, hotel, transportation, and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds-Wash. Mut. Invs. Fund-A | A | Dividend | J | T | | | | | |
| 2. UBS Bank USA Deposit Acct. | A | Interest | K | T | | | | | |
| 3. 3M Corp. Common Stock | A | Dividend | K | T | | | | | |
| 4. J.P. Morgan Chase & Co. Common Stock | A | Dividend | J | T | | | | | |
| 5. Trust # 2 (Nos. 5-10) (H) | | | | | | | | | |
| 6. -UBS RMA Gov't Money Mkt. Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 7. -Lord Abbett Income Fund-Class A | B | Dividend | K | T | | | | | |
| 8. -Lord Abbett Intermediate Tax Free Fund-Class A | B | Dividend | K | T | | | | | |
| 9. -Lord Abbett Short Duration Income Fund-Class A | B | Dividend | K | T | | | | | |
| 10. -Thornburg Limited Term Municipal Fund-Class A | A | Dividend | K | T | | | | | |
| 11. Calamos Growth and Income Fund | A | Dividend | J | T | | | | | |
| 12. Lord Abbett Fundamental Equity | A | Dividend | J | T | | | | | |
| 13. MFS Total Return Bond Fund | A | Dividend | J | T | | | | | |
| 14. Lord Abbett Income Fund-Class A | A | Dividend | J | T | | | | | |
| 15. Lord Abbett Intermediate Tax Free Fund-Class A | A | Dividend | J | T | | | | | |
| 16. Lord Abbett Short Duration Income Fund-Class A | A | Dividend | J | T | | | | | |
| 17. Thornburg Limited Term Municipal Fund-Class A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lincoln Nat'l Corp. Secure Line | C | Interest | M | T | | | | | |
| 19. IRA #1 (Nos. 19-24) (H) | | | | | | | | | |
| 20. -Royce Premier Fund (See Part VIII) | A | Dividend | K | T | Sold (part) | 10/14/16 | J | | |
| 21. -Blackrock Strategic Income A (See Part VIII) | A | Dividend | K | T | Sold (part) | 10/14/16 | J | | |
| 22. -Blackrock Global Allocation Fund Inc. A (See Part VIII) | A | Dividend | K | T | Sold (part) | 10/14/16 | J | | |
| 23. -First Eagle Global Fund Class A | A | Dividend | K | T | Sold (part) | 10/14/16 | J | A | |
| 24. -FT-Franklin Income (See Part VIII) | C | Dividend | K | T | Sold (part) | 10/14/16 | J | | |
| 25. Aberdeen Asia-Pacific Income Fund | A | Dividend | J | T | | | | | |
| 26. Ameren Corporation Common Stock | A | Dividend | J | T | | | | | |
| 27. Consolidated Edison, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 28. Dominion Resources, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 29. Dreyfus Strategic Municipals Inc. (Closed-End Fund) | A | Dividend | J | T | | | | | |
| 30. Duke Energy Corp. Common Stock | B | Dividend | K | T | | | | | |
| 31. Entergy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 32. Exelon Corp. Common Stock | A | Dividend | K | T | | | | | |
| 33. ExxonMobil Corp. Common Stock | D | Dividend | M | T | | | | | |
| 34. Firstenergy Corp. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NextEra Energy, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 36. Hawaiian Electric Industries Inc. Common Stock | A | Dividend | K | T | | | | | |
| 37. Express Scripts Holding Co. Common Stock | | None | J | T | | | | | |
| 38. Merck & Co. Inc. Common Stock | A | Dividend | K | T | | | | | |
| 39. Monsanto Co. New Common Stock | A | Dividend | J | T | | | | | |
| 40. Nuveen Quality Municipal Income Fund (See Part VIII) | B | Dividend | K | T | | | | | |
| 41. Nuveen Dividend Advantage Munic. Fd 2 (See Part VIII) | | None | | | Merged (with line 42) | 04/11/16 | K | | |
| 42. Nuveen Municipal Credit Income Fund (See Part VIII) | C | Dividend | L | T | | | | | |
| 43. Nuveen AMT-Free Quality Municipal Income Fund (See Part VIII) | A | Dividend | K | T | | | | | |
| 44. Nuveen Municipal Advantage Fund Inc.(See Part VIII) | | None | | | Merged (with line 42) | 04/11/16 | J | | |
| 45. Nuveen Municipal Value Fund Inc. | B | Dividend | K | T | | | | | |
| 46. Nuveen Premium Inc. Mun. Fund Inc. (See Part VIII) | | None | | | Merged (with line 40) | 09/12/16 | J | | |
| 47. Nuveen Premium Inc. Mun. Fund 2 Inc. (See Part VIII) | | None | | | Merged (with line 43) | 09/12/16 | K | | |
| 48. Nuveen Select Maturities Municipal Fund | A | Dividend | K | T | | | | | |
| 49. Pepco Holdings Inc. Common Stock (See Part VIII) | | None | | | Merged (with line 32) | 03/25/16 | K | D | |
| 50. Pepsico, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 51. Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Spectra Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 53. TECO Energy Inc. Common Stock (See Part VIII) | A | Dividend | | | Sold | 07/01/16 | J | B | |
| 54. Invesco Van Kampen Municipal Opportunity Trust | A | Dividend | J | T | | | | | |
| 55. Westar Energy Inc. Common Stock | A | Dividend | J | T | | | | | |
| 56. Xcel Energy Inc. Common Stock | B | Dividend | K | T | | | | | |
| 57. Nuveen Series 519 Tax Exempt Unit Trust (Y) | | | | | | | | | |
| 58. Nuveen Investment Quality Municipal Fund, Inc. (See Part VIII) | | None | | | Merged (with line 40) | 09/12/16 | K | | |
| 59. TIAA-CREF Savings and Investment Plan (Annuity) | | None | M | T | | | | | |
| 60. TIAA-CREF (IRA) Managed Allocation Fund II R | | None | L | T | Sold (part) | 08/05/16 | J | A | |
| 61. USAA Tax Exempt Long-Term Bond Fund | D | Dividend | M | T | | | | | |
| 62. Blackrock Strategic Income A | A | Dividend | J | T | | | | | |
| 63. Emerson Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 64. Royal Dutch Shell PLC Common Stock | A | Dividend | J | T | | | | | |
| 65. WEC Energy Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 66. Minn. Life Ins. Co. Eclipse Protector Indexed Univ. Life Policy (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/17/2017 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item No. 6

In my 2015 Financial Disclosure Report, this item is identified as "UBS Resource Mgmt. Acct (Money Market Portfolio)." On June 24, 2016, UBS changed the available fund option and replaced the UBS Resource Management Account money market portfolio with the UBS RMA Government Money Market Fund (RMGXX). No gain was realized in the transaction because the identical sum of cash in one fund was transferred to the other fund.

Part VII, Item Nos. 20, 21, 22, and 24

No gain code is disclosed in Column D(4) for these items because they were sold at a loss.

Part VII, Item No. 40

In my 2015 Financial Disclosure Report, this item is identified as "Nuveen Dividend Advantage Municipal Fund." The Fund underwent a name change on September 12, 2016.

Part VII, Item No. 41

On April 11, 2016, Nuveen Dividend Advantage Municipal Fund 2 (NXZ) was acquired by Nuveen Dividend Advantage Municipal Fund 3 (NZF), which was then renamed Nuveen Enhanced Municipal Credit Opportunities Fund. On December 28, 2016, Nuveen Enhanced Municipal Credit Opportunities Fund was renamed Nuveen Municipal Credit Income Fund. No gain code is disclosed in Column D(4) for this item because, in the merger, the acquiring fund acquired substantially all of the assets and liabilities of the acquired fund in exchange for an equal aggregate value of newly-issued common shares.

Part VII, Item No. 42

In my 2015 Financial Disclosure Report, this item is identified as "Nuveen Dividend Advantage Municipal Fd 3." The Fund underwent name changes on April 11, 2016 and December 28, 2016.

Part VII, Item No. 43

In my 2015 Financial Disclosure Report, this item is identified as "Nuveen AMT-Free Municipal Income Fund." The Fund underwent a name change on September 12, 2016.

Part VII, Item No. 44

On April 11, 2016, Nuveen Municipal Advantage Fund Inc. (NMA) was acquired by Nuveen Dividend Advantage Municipal Fund 3 (NZF), which was then renamed Nuveen Enhanced Municipal Credit Opportunities Fund. On December 28, 2016, Nuveen Enhanced Municipal Credit Opportunities Fund was renamed Nuveen Municipal Credit Income Fund. No gain code is disclosed in Column D(4) for this item because, in the merger, the acquiring fund acquired substantially all of the assets and liabilities of the acquired fund in exchange for an equal aggregate value of newly-issued common shares.

Part VII, Item No. 46

On September 12, 2016, Nuveen Premium Income Municipal Fund, Inc. (NPI) was acquired by Nuveen Dividend Advantage Municipal Fund (NAD), which was then renamed Nuveen Quality Municipal Income Fund. No gain code is disclosed in Column D(4) for this item because, in the merger, the acquiring fund acquired substantially all of the assets and liabilities of the acquired fund in exchange for an equal aggregate value of newly-issued common shares.

Part VII, Item No. 47

On September 12, 2016, Nuveen Premium Income Municipal Fund 2, Inc. (NPM) was acquired by Nuveen AMT-Free Municipal Income Fund (NEA), which was then renamed Nuveen AMT-Free Quality Municipal Income Fund. No gain code is disclosed in Column D(4) for this item because, in the merger, the acquiring fund acquired substantially all of the assets and liabilities of the acquired fund in exchange for an equal aggregate value of newly-issued common shares.

Part VII, Item. No. 49

Pepco Holdings Inc. merged with Exelon Corporation on March 23, 2016.

Part VII, Item No. 53

TECO Energey, Inc. was acquired on July 1, 2016 by Emera Inc. in an all-cash transaction, and TECO became a wholly-owned subsidiary of Emera Inc.

Part VII, Item No. 58

On September 12, 2016, Nuveen Investment Quality Municipal Fund, Inc. (NQM) was acquired by Nuveen Dividend Advantage Municipal Fund (NAD), which was then renamed Nuveen Quality Municipal Income Fund. No gain code is disclosed in Column D(4) for this item because, in the merger, the acquiring fund acquired substantially all of the assets and liabilities of the acquired fund in exchange for an equal aggregate value of newly-issued common shares.

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/17/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney A. Fitzwater**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544